IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CRIMINAL NO. 17-30031-MJR |
| ) | |
| DEWEY L. CARPENTER, JR. ) | Title 18, United States Code, Section |
| ) | 922(g)(1) and 924(d). |
| ) | |
| ) | Title 28, United States Code, Section 2461(c). |
| Defendants. ) | |

### INDICTMENT

**THE GRAND JURY CHARGES:**

FILED
FEB 23 2017
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

### COUNT 1

### FELON IN POSSESSION OF A FIREARM

On or about December 2, 2016, in St. Clair County, Illinois, within the Southern District of Illinois,

**DEWEY L. CARPENTER, JR.**

defendant herein, having previously been convicted of a felony punishable by imprisonment for a term exceeding one year, namely: Unlawful Delivery of a Controlled Substance, on or about January 3, 2012, in Case Number 10-CF-1164, in the Twentieth Judicial Circuit Court, St. Clair County, Illinois, did knowingly possess, in or affecting commerce, firearm, to wit: a Smith & Wesson, model 637, .38 caliber revolver, bearing serial number CJA6797, in violation of Title 18, United States Code, Section 922(g)(1).

**Forfeiture of Firearms Allegation**

Upon conviction of the offense alleged in Count 1 of this Indictment,

**DEWEY L. CARPENTER, JR.**

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in or used in any knowing violation of the offenses described in Count 1 of this Indictment, including but not limited, to the following: a Smith & Wesson, model 637, .38 caliber revolver, bearing serial number CJA6797, and any and all ammunition contained therein.

A TRUE BILL

_____
DANIEL T. KAPSAK
Assistant United States Attorney

_____
DONALD S. BOYCE
United States Attorney

Recommended Bond: Detention